IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT POPEJOY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The Clerk of Court shall file the defendant's motion to dismiss attorney Michael J. Tasset; the defendant's motion for hearing on the motion to dismiss attorney Michael J. Tasset; the defendant's motion to dismiss indictment with prejudice; and the defendant's motion for hearing on motion to dismiss indictment with prejudice.

(2) The defendant's motion to dismiss attorney Michael J. Tasset; the defendant's motion for hearing on the motion to dismiss attorney Michael J. Tasset; the defendant's motion to dismiss indictment with prejudice; and the defendant's motion for hearing on motion to dismiss indictment with prejudice, are denied.

DATED this 25th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge