```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3011 |
| v. ) | |
| ) | |
| ROBERT POPEJOY, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Plaintiff's motion for extension of time, filing 22, is granted and plaintiff is given to June 14, 2005 to file its response to defendant's motion to dismiss.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge