IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                )<br>                                     )          4:05CR3011<br>     v.                              )<br>                                     )<br>ROBERT POPEJOY,                      )<br>                                     )          ORDER<br>          Defendant.                 )<br>                                     ) | |

    The clerks office and the office of the undersigned have both received *pro se* mailings from the defendant.  These materials cannot be filed in the court file, because defendant is represented by counsel and his counsel should be the one voice communicating with the court.  The mailings have been forwarded to defendant's attorney for his review and whatever action he deems necessary or appropriate.  Accordingly,

    IT THEREFORE HEREBY IS ORDERED, the office of the clerk shall not file any documents or communications received from defendant *pro se*.  Such documents or communications shall be forwarded to defendant's counsel.

    DATED this 21st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge