```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3011 |
| v. | ) | |
| | ) | |
| ROBERT POPEJOY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Trial of this matter is continued from September 12 to 9:00 a.m., October 3, 2005 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 26th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge