```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,         )
                                  )
               Plaintiff,         )         4:05CR3011
                                  )
         v.                       )
                                  )
ROBERT POPEJOY,                   )           ORDER
                                  )
               Defendant.         )
                                  )
```

Two pretrial motions were filed on September 24, 2005 and remain pending in this case: the defendant's motion for disclosure of confidential informants, filing 40, and the defendant's motion to suppress, filing 42.

IT THEREFORE HEREBY IS ORDERED:  The trial of this case, currently set to commence on October 31, 2005, is continued until further order of the court following resolution of outstanding motions.

DATED this 13th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge