IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05cr3011 |
| v. ) | |
| ) | |
| ROBERT POPEJOY, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

The defendant has requested that Document Number 60 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the defendant's oral motion is granted and the Clerk's Office shall strike Document Number 60 with Attachments 1 and 2 from the record.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge