THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT POPEJOY, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion (filing 65) for extension of time in which to file a response to the defendant's objection (filing 63) to the Magistrate Judge's Report and Recommendation (filing 56), which recommends denial of the defendant's motion (filing 42) to suppress. The defendant's attorney does not oppose the government's request. Accordingly, I shall grant the government's motion.

IT IS ORDERED:

1. The government's Motion for Extension of Time to File Response to Defendant's Objection to Magistrate's R&R (filing 65) is granted;

2. The government shall file its response to the defendant's objection to the Magistrate Judge's Report and Recommendation on or before March 3, 2006;

3. The Clerk of Court shall adjust the "response due" date for Filings 42, 56, and 63 to March 3, 2006.

February 21, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge