```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3011 |
| v. | ) | |
| | ) | |
| ROBERT POPEJOY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for continuance, filing 78, is granted and,

1. Trial of this matter is continued to 9:00 a.m., December 11, 2006 for a duration of ten trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. A status conference to review trial preparations will be held October 5, 2006 at 2:30 p.m. in the chambers of the undersigned.

3. The order permitting interim payments, filing 79, is amended to allow incurring $500.00 in expenses without prior approval, in accordance with 18 U.S.C. 3006A(e)(2).

4. The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for the appointment of Alan G. Stoler as co-counsel in accordance with the Criminal Justice Act Plan for this district.

DATED this 18th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge