IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERT POPEJOY,  )<br>  )<br>  Defendant.  )<br>  ) | 4:05CR3011<br><br>MEMORANDUM AND ORDER |

My order of July 18, 2006 did not address the time limitations of the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, mentioned in the motion. I address that matter in this memorandum and order.

The record in this case is extensive, and includes some 7,000 - 8,000 pages of documents stemming from a years-long investigation involving several different law enforcement agencies. The government has disclosed that there will be more than fifteen civilian witnesses, in addition to law enforcement witnesses and co-operating individuals. The record is also said to include several audio recordings of the defendant. Trial is now set for December 11, 2006 and will require ten trial days. I conclude that the case is complex within the meaning of that term in 18 U.S.C. 3161(h)(8)(A) and (B)(ii).

IT THEREFORE HEREBY IS ORDERED,

This case is exempted from the time limitations of the Speedy Trial Act, 18 U.S.C. 3161, *et seq*.

DATED this 21st day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge