```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT POPEJOY, ) <br> ) <br> Defendant. ) <br> ) | 4:05CR3011 <br><br> ORDER |

IT IS ORDERED:

Defendant's oral motion to reschedule the time of the status conference on October 5, 2006, is granted and time of the conference is rescheduled from 2:30 p.m. to 3:30 p.m.

DATED this 29th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge