```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:05CR3011
        v.                     )
                               )
ROBERT POPEJOY,                )
                               )           ORDER
              Defendant.       )
                               )
```

New counsel has entered an appearance for the defendant.

IT THEREFORE HEREBY IS ORDERED:

The motion of Michael T. Levy and Alan G. Stoler to withdraw as counsel for defendant, filing 89, is granted.

DATED this 28th day of November, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge