IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )
                                 )          4:05CR3011
          v.                     )
                                 )
ROBERT POPEJOY,                  )
                                 )             ORDER
               Defendant.        )
                                 )

        IT IS ORDERED:

        Defendant's motion for continuance, filing 91, is granted
and,

        1.  Trial of this matter is continued to 9:00 a.m.,
February 5, 2007 for a duration of ten trial days before the
Honorable Richard G. Kopf in Courtroom 1, United States
Courthouse and Federal Building, 100 Centennial Mall North,
Lincoln, Nebraska.  Jury selection will be held at commencement
of trial.

        2.  This case has previously been exempted from the time
limitations of the Speedy Trial Act.  See filing 81.

        DATED December 5, 2006.

                                 BY THE COURT:

                                 s/ David L. Piester

                                 David L. Piester
                                 United States Magistrate Judge