```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 4:05CR3011 |
| v. | ) | |
| | ) | |
| ROBERT POPEJOY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

Upon consideration of defendant's motion for continuance, filing 93, and plaintiff's response thereto, filing 94,

IT IS ORDERED:

1. The motion, filing 93, is granted and trial of this matter is continued to 9:00 a.m., April 16, 2007 for a duration of nine trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

2. This case has previously been exempted from the time limitations of the Speedy Trial Act.  See filing 81.

DATED January 3, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge