IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3011 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT POPEJOY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion to proceed in forma pauperis on appeal (filing 126) is granted.

July 23, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge