THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3011 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT POPEJOY, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's conviction and sentence are currently on appeal pursuant to the notice of appeal filed on May 7, 2007, by Defendant's retained counsel (filing 114). During the pendency of this appeal, the defendant has filed several motions and notices in this court without his attorney's signature. (*See* Filing 135, Notice of Appeal from Order Denying Motion for Copy of Indictment; Filing 136, Motion for Leave to Appeal In Forma Pauperis; Filing 137, Motion for Copies; Filing 138, Motion for Leave to Proceed In Forma Pauperis.)

Because the defendant is represented by counsel, I shall order the Clerk of Court to strike the filings made by the defendant himself. Fed. R. Crim. P. 49(d) (papers "must be filed in a manner provided for in a civil action"); Fed. R. Civ. P. 11(a) (all pleadings, written motions, and other paper "shall be signed by at least one attorney of record in the attorney's individual name"; such papers shall be signed by the party only "if the party is not represented by an attorney").

IT IS ORDERED that the Clerk of Court strike the following motions and notices: Filing 135, Notice of Appeal from Order Denying Motion for Copy of Indictment; Filing 136, Motion for Leave to Appeal In Forma Pauperis; Filing 137, Motion for Copies; and Filing 138, Motion for Leave to Proceed In Forma Pauperis.

August 9, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge